FILED 21 MAR '24 12:12 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:24-cr- 00106-MC |
| v. | INDICTMENT |
| LAWRENCE PAUL GREENE | 18 U.S.C. § 2113(a) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
**Bank Robbery**
**(18 U.S.C. §§ 2113(a))**

On or about March 20, 2024, in the District of Oregon, defendant **LAWRENCE PAUL GREENE** did, by force, violence and intimidation, unlawfully and knowingly take from employees of the First Interstate Bank at 222 W. Main St., Medford, Oregon, $340.00 in United States Currency, which was in the care, custody, control, management, and possession of First

Interstate Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a).

### FORFEITURE ALLEGATION

Upon conviction of the above offense, defendant **LAWRENCE PAUL GREENE** shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of said violation.

Dated: March 21, 2024

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
DAVID R. MINTZ, OSB #154807 for
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney